CLERK'S OFFICE U.S. DIST. COU
AT LYNCHBURG, VA
FILED
APR 11 2006
JOHN F. CORCORAN, CLERK
BY: /s/ Jaiahie
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **JAMIE ALEXANDER JOHNSON,** ) | |
| ) | |
| Petitioner, ) | Case No. 7:06CV00015 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| **UNITED STATES OF AMERICA,** ) | By: Norman K. Moon |
| ) | United States District Judge |
| Respondent. ) | |

In accordance with the accompanying Opinion, it is hereby **ADJUDGED** and **ORDERED** that the petitioner's Motion to Vacate, Set Aside, or Correct Sentence, pursuant to 28 U.S.C.A. § 2255 is hereby **DISMISSED** as untimely filed, and this case is stricken from the active docket of this court.

ENTER: April 10, 2006

/s/ Norman K. Moon
United States District Judge